No. 120. Elvie Wheeler, by his next friend, P. T. Wheeler, *v.* Cincinnati, New - Orleans & Texas Pacific Railway Company. Error to the Court of Appeals of the State of Kentucky. Submitted January 14, 1919. Decided January 20, 1919. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of § 237 of the Judicial Code, as amended by the Act of September 6, 1916, c. 448, 39 Stat. 726. *Mr. Buford C. Tynes* for plaintiff in error. *Mr. Edward Colston* and *Mr. John Galvin* for defendant in error.

---

No. 139. Adams Express Company *v.* W. N. Reynolds. Error to the Supreme Court of the State of North Carolina. Argued January 16, 1919. Decided January 20, 1919. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of § 237 of the Judicial Code, as amended by the Act of September 6, 1916, c. 448, 39 Stat. 726. *Mr. William A. Schnader,* with whom *Mr. Thomas DeWitt Cuyler* was on the brief, for plaintiff in error. *Mr. B. S. Womble* and *Mr. W. M. Hendren,* with whom *Mr. Clement Manly* was on the brief, for defendant in error.